IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KODY K. JOHNSON,

    Petitioner,

v.

STATE OF WISCONSIN,

    Respondent.

ORDER

Case No. 18-cv-453-jdp

Petitioner Kody K. Johnson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 6, 2018. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 9, 2017 through the date of the petition, June 9, 2018.

ORDER

IT IS ORDERED that:

1. Petitioner Kody K. Johnson may have until July 6, 2018, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 6, 2018, I will assume that petitioner wishes to withdraw this petition.

Entered this 13th day of June, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Kody K. Johnson
Full name of plaintiff(s) or petitioner(s)

Case No. 18-cv-453-jdp
(Provided by the clerk of court)

v.

State of Wisconsin
Full name of defendant(s) or respondent(s)

# PETITION AND AFFIDAVIT TO PROCEED
# WITHOUT PREPAYMENT OF FEES AND/OR COSTS

I, _____, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

## I. Personal Information

1) Are you currently incarcerated?  ☐ Yes  ☐ No

   If "No," go to question 2. Complete all sections.

   If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

   (a) State the place of your incarceration and provide your prisoner identification number:

   _____   _____
   (place)                           (number)

   (b) Are you employed at the institution?  ☐ Yes  ☐ No

   (c) Do you receive any payment from the institution?  ☐ Yes  ☐ No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

(WIWD 12/07)
**Personal Information** - *continued*

2) Are you employed? ☐ Yes ☐ No

3) Are you currently married? ☐ Yes ☐ No
   If "Yes," is your spouse employed? ☐ Yes ☐ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?
   ☐ Yes ☐ No

   If "Yes," list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship to You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |
| _____ | _____ | _____ | $ _____ |

**II. Income** - If you are married, your answers ***must include your spouse's income.***
*(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total *monthly* income?    $ _____

Provide the name of your employer(s): _____

State your spouse's total *monthly* income?   $ _____

State the amount of money you have received from any other source in the last twelve months (e.g., rent payments, pension or insurance payments, gifts, inheritance, disability or workers' compensation payments). Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |

**III. Expenses** - If you are married and/or have dependents, *your expenses should also include your household's expenses.*

*(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

☐ Rent or  ☐ Mortgage                                $ _____

   Car payment(s)                                    $ _____

   Alimony and/or court-ordered child support  $ _____

   Credit card payment(s)                            $ _____

2) Do you have any other monthly expenses that you have not already identified?
   ☐ Yes     ☐ No

   If "Yes," list them below:

Expense                                                                Amount

_____          $ _____

_____          $ _____

_____          $ _____

3) What is the total amount of your <u>monthly</u> expenses?     $ _____

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?   ☐ Yes     ☐ No   If "Yes," list car(s) below:

Make and Model                          Year         Approximate Current Value

_____     _____      $ _____

_____     _____      $ _____

2) Do you own your residence(s)?   ☐ Yes     ☐ No

   If "Yes," state the approximate value(s). $ _____

      What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the residence(s)? $ _____

## IV. Property - *continued*

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?  ☐ Yes  ☐ No

If "Yes," identify the property and approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4) Do you have any cash or checking, savings, or other similar accounts?  ☐ Yes  ☐ No

If "Yes," state the total amount of such sums. $ _____

5) Do you own any intangible property, including but not limited to real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k)?
☐ Yes  ☐ No

If "Yes," state the nature of that property and approximate value(s).
_____

## V. Other Circumstances - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

_____  _____
Date                             **Signature** - **Signed Under Penalty of Perjury**